UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NOCO COMPANY, | ) | Case No. 1:19 CV 586 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| GILFORD'S AUTO SALES, GPA, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel has notified the Court that above captioned case has been dismissed with prejudice. Each party to bear its own costs.

Therefore, this case is dismissed with prejudice.

IT IS SO ORDERED.

                                              _/s/Donald C. Nugent___
                                              DONALD C. NUGENT
                                              United States District Judge

DATE: __April 15, 2019___